UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JULIANNA CZERNYK,

        Plaintiff/
Counterclaim Defendant

- against -

MICHAEL BONGIOVANNI,

        Defendant/
Counterclaim Plaintiff.

---

21-cv-10429 (JGK)

MEMORANDUM OPINION
AND ORDER

JOHN G. KOELTL, District Judge:

The defendant's application to seal Exhibit E to the declaration of Priya Chaudhry (ECF No. 18-5) is **denied**. The defendant has failed to show compelling reasons for such sealing, see Legosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 122-23 (2d Cir. 2006), or that such sealing would be effective in view of other dissemination of the same material. See Campbell v. City of New York, No. 17-cv-8719, 2021 WL 826899, at *10 (S.D.N.Y. Mar. 4, 2021); King Pharms., Inc. v. Eon Labs, Inc., No. 04-cv-5540, 2010 WL 3924689, at *10 (E.D.N.Y. Sept. 28, 2010).

The Court will hold a conference on **February 1, 2022, at 4:00 p.m.** The parties may access the conference using the following dial-in: 888-363-4749, with access code 8140049.

The Clerk is directed to lift any seal on this case and to close Docket No. 14.

**SO ORDERED.**

Dated:   New York, New York
         January 31, 2022

　　　　　　　　　　　　　　　　　　　／s／ John G. Koeltl
　　　　　　　　　　　　　　　　　　　John G. Koeltl
　　　　　　　　　　　　　　　　　　　United States District Judge