```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| JULIANNA CZERNYK, | 21-cv-10429 (JGK) |
|         Plaintiff/<br>Counterclaim Defendant | <u>ORDER</u> |
| - against - | |
| MICHAEL BONGIOVANNI, | |
|         Defendant/<br>Counterclaim Plaintiff. | |

JOHN G. KOELTL, District Judge:

For the reasons given at the conference held today, the defendant's motion for a special hearing and interim relief (ECF No. 17) is **denied without prejudice**. The defendant may make a renewed motion without a pre-motion conference. The briefing schedule with respect to any renewed motion will be governed by Local Civil Rule 6.1.

The plaintiff must move or answer with respect to the defendant's counterclaim by **February 18, 2022**. If the plaintiff files a motion to dismiss, any opposition is due by **March 7, 2022**. Any reply is due by **March 18, 2022**. No pre-motion conference is necessary.

The parties are directed to submit a Rule 26(f) report by **March 28, 2022**.

The Clerk is directed to close Docket No. 17.

SO ORDERED.

Dated:   New York, New York
         February 1, 2022

                              _____
                                    John G. Koeltl
                              United States District Judge