UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————

JULIANNA CZERNYK,

                              Plaintiff/
                 Counterclaim Defendant,

          - against -

MICHAEL BONGIOVANNI,

                              Defendant/
                 Counterclaim Plaintiff.

————————————————————

21-cv-10429 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Court will hold oral argument on the plaintiff's motion

to dismiss on May 12, 2022, at 11:00 a.m. Dial-in: 888-363-4749,

with access code 8140049.

SO ORDERED.

Dated:    New York, New York
          May 2, 2022

                              John G. Koeltl
                         United States District Judge