UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JULIANNA CZERNYK,

                Plaintiff/
    Counterclaim Defendant,

- against -

MICHAEL BONGIOVANNI,

                Defendant/
    Counterclaim Plaintiff.

21-cv-10429 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    For the reasons discussed on the record at the conference held today, the plaintiff's motion to dismiss the defendant's counterclaim is **denied**. The Clerk is directed to close Docket No. 22.

SO ORDERED.

Dated:    New York, New York
            May 12, 2022

                                            John G. Koeltl
                                    United States District Judge