UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JULIANNA CZERNYK,

                              Plaintiff,                           **ORDER**

                   -against-                                  **21-cv-10429 (JGK) (JW)**

MICHAEL BONGIOVANNI,

                              Defendant.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

       The Court is in receipt of Plaintiff's letter motion for conference on Plaintiff's request to preclude Defendant's expert witness, Dr. Miranda Rosenberg. Dkt. No. 68. Plaintiff's letter also argues that Defendant's expert forensic psychiatrist, Dr. Alexander Sasha Bardey, should be precluded from testifying regarding Dr. Rosenberg's testing. Id. at 3. Defendant filed an opposition and cross-motion for conference on their request to preclude Plaintiff's expert witness, Dr. Robert Lloyd Goldstein. Dkt. No. 71. Plaintiff filed an opposition to Defendant's cross-motion and requested leave to file further briefing. Dkt. No. 72.

       The Court will hear arguments on **September 27, 2023 at 12:30 pm** in Courtroom 228, United States District Court, 40 Foley Square New York, New York. The Court will permit both sides to file supplemental letters regarding Dr. Rosenberg, including (i) whether Dr. Rosenberg can testify as a fact witness, (ii) whether Dr. Bardey can testify about Dr. Rosenberg's testing if Dr. Rosenberg is not permitted to testify, (iii) how long the parties will need to extend deadlines in the event Dr. Rosenberg is allowed to proceed as either a fact witness or an expert witness, and (iv)

any other relevant positions with respect to Dr. Rosenberg as a witness. Submissions should be no more than five (5) pages and should be submitted by **September 20, 2023**.

SO ORDERED.

DATED:   New York, New York
           September 14, 2023

                                            JENNIFER E. WILLIS
                                            United States Magistrate Judge