UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JULIANNA CZERNYK,

        Plaintiff / Counter-Defendant,

        -against-

MICHAEL BONGIOVANNI,

        Defendant / Counter-Claimant.
-------------------------------------------------------------------X

**ORDER**

**21-cv-10429 (JGK) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

    Should the parties wish to schedule a settlement conference, the Parties are directed to contact Courtroom Deputy Christopher Davis via email by October 4, 2023 at WillisNYSDChambers@nysd.uscourts.gov to provide three mutually agreeable dates in October, November, or December. Any conference will be held in-person at Courtroom 228, 40 Foley Square, New York, New York. Should the Parties not wish to schedule a settlement conference at this time, they should inform the Court via email by the same deadline.

    Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with Judge Willis's Standing Order for All Cases Referred for Settlement.

    SO ORDERED.

DATED:    New York, New York
             September 27, 2023

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge